UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN HARRIS,<br><br>        Plaintiff,<br><br>   v.<br><br>BYAN D. PHILLIPS,<br><br>        Defendant. | No. 1:23-cv-01677-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>(ECF No. 3) |

Plaintiff is proceeding pro se in this action filed pursuant to 42 U.S.C. § 1983. Plaintiff filed the instant action on December 4, 2023.

On December 5, 2023, the Court directed Plaintiff to pay the filing fee for this action or submit an application to proceed in forma pauperis within forty-five days. (ECF No. 3.) Plaintiff has failed to respond to the Court's order and the time to do so has passed. Accordingly, it is HEREBY ORDERED that Plaintiff shall show cause within **fourteen (14)** days from the date of service of this order why this action should not be dismissed for failure to prosecute and failure to comply with a court order. Plaintiff's failure to comply with this order will result in a recommendation to dismiss the action for the reasons stated above.

IT IS SO ORDERED.

Dated:  **January 31, 2024**

                                    UNITED STATES MAGISTRATE JUDGE

1