# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVIN HARRIS,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BYAN D. PHILLIPS,<br><br>　　　　Defendant. | Case No. 1:23-cv-01677 JLT SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING THIS ACTION FOR PLAINTIFF'S FAILURE TO OBEY COURT ORDERS AND FAILURE TO PROSECUTE, AND DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 7) |

Plaintiff initiated this action pursuant to 42 U.S.C. § 1983, seeking to hold the defendant liable for violations of his civil rights. (*See* Doc. 1.) However, Plaintiff did not pay the filing fee when he filed the complaint. Therefore, the Court ordered Plaintiff to pay the filing fee or file an application to proceed *in forma pauperis* within 45 days. (Doc. 3.) After Plaintiff failed to pay the filing fee or otherwise respond to the Court's order, the magistrate judge issued an order directing Plaintiff to show cause why the action should not be dismissed. (Doc. 5.) The U.S. Postal Service returned the order as undeliverable on February 16, 2024.

The magistrate judge found Plaintiff failed to obey the Court's order and failed to prosecute this action. (Doc. 7 at 1, 2.) The magistrate judge considered the factors set forth by the Ninth Circuit in *Henderson v. Duncan*, 779 F.2d 1421, 1423 (9th Cir. 1986), and found terminating sanctions were appropriate. (*See* Doc. 7 at 2-3.) Therefore, the magistrate judge recommended the action be dismissed without prejudice.

The Court served the Findings and Recommendations on Plaintiff at the address of record. However, the Postal Service also returned the Findings and Recommendations as undeliverable on March 6, 2024.

According to 28 U.S.C. § 636(b)(1), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Moreover, Plaintiff failed to comply with Local Rule 183(b) which requires him to keep the Court informed of a proper mailing address. Specifically, the Rule provides: "If mail directed to a plaintiff *in propria persona* by the Clerk is returned by the U.S. Postal service, and if such plaintiff fails to notify the Court and opposing parties within sixty-three (63) days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute." Dismissal is also appropriate for Plaintiff's failure to comply with Local Rule 183(b). *See e.g., Henderson*, 779 F.2d at 1424 (dismissal for failure to prosecute and failure to comply with local rules). Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on February 27, 2024 (Doc. 7) are **ADOPTED** in full.
2. This action is **DISMISSED** without prejudice.
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **April 29, 2024**

UNITED STATES DISTRICT JUDGE

2